June 11, 1982.

447 A.2d 646

Commonwealth v. Berger, Appellant.

 Submitted September 22, 1981. H. Stanley Rebert, Public Defender, for appellant; Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

Judgment of sentence of the learned York County Common Pleas Court Judge Emanual A. Cassimatis affirmed.